FILE COPY



# Court of Appeals

**Seventh District of Texas**
**Potter County Courts Building**
**501 S. Fillmore, Suite 2-A**
**Amarillo, Texas 79101-2449**
**www.txcourts.gov/7thcoa.aspx**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 6, 2018

Darrell R. Carey
LAW OFFICES OF
DARRELL R. CAREY
300 15th Street
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

James A. Farren
Criminal District Attorney
2309 Russell Long Boulevard, Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-17-00448-CR, 07-17-00449-CR, 07-17-00450-CR
Trial Court Case Number: 26976-C

**Style:** Jimmy Edward Henderson v. The State of Texas

Dear Counsel:

The following was filed Tuesday, June 05, 2018, in the captioned appeal:

Reporter's Record (10 volumes)

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc: Honorable Ana Estevez (DELIVERED VIA E-MAIL)
Barbara Younger (DELIVERED VIA E-MAIL)